■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO NEWSOME, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—burglary, third degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL GLOSS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). Memorandum: We have reviewed the record and we find no nonfrivolous issues for appeal. Defendant, in three indictments, was charged with two counts of rape and five counts of sodomy upon two victims by threatening them with a knife. When he entered his plea of guilty to the charges, he stated that he did so because he had been promised a sentence of 4½ to 9 years' imprisonment, realized that he was facing multiple charges, and did not want to take the chance of receiving consecutive sentences of up to 12½ to 25 years' imprisonment. He had conferred with his attorney on several occasions for considerable periods of time about the advisability of accepting the plea offer and he acknowledged that he was entering the plea of his own free will and accord. The plea minutes demonstrate that the plea was voluntarily entered and there is no basis for any argument that the defendant's sentence is harsh and excessive. (Appeal from judgment of Chautauqua County Court, Adams, J.—rape, first degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

■ In the Matter of NICHOLAS R. SANTORO.—Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Denman, Green and Balio, JJ.

■ In the Matter of RAY ELLIS GREEN for Reinstatement as an Attorney.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Boomer, Pine, Balio and Lawton, JJ.